Rachel Fazio (CA Bar No. 187580)
PO Box 897
Big Bear City, CA 92314
(530) 273-9290
rachelmfazio@gmail.com

Elisabeth Holmes (OR Bar No. 120254)
Blue River Law, P.C.
Eugene, OR 97440
(541)870-7722
eli.blueriverlaw@gmail.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE<br><br><br><br>Defendants. | No.: 2:18-cv-02404-JAM-CKD<br><br>**PROOF OF SERVICE; SUMMONS RETURNED EXECUTED AS TO USA** |

1

I, Rachel Fazio, state:

My business address is P.O. Box 897, Big Bear City, CA 92314.  I am employed in the County of San Bernardino where this service occurred.  I am over the age of eighteen and am not a party to the action.

Pursuant to Federal Rules of Civil Procedure, Rule 4(i), as well as this Court's Order Requiring Service of Process, on August 31, 2018, I mailed the following documents:

> SUMMONS
>
> COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF
>
> ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT
>
> NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
>
> ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ
>
> NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

to the following persons via certified mail, return receipt requested, by placing a true copy enclosed in an envelope with postage prepaid and depositing the envelope with the United States Postal Service.  The envelope was addressed and mailed as follows:

> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> U.S. Forest Service
> 1400 Independence Avenue, SW
> Washington, DC 20250-1111
>
> Civil Process Clerk
> United States Attorney's Office
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

PROOF OF SERVICE                                                                                            2

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this date at Big Bear City, California.

September 6, 2018

s/ *Rachel M. Fazio*
Rachel M. Fazio