FILED

SEP 24 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | No. 2:18-cv-02404-JAM-CKD<br><br>**ORDER ON JOINT STIPULATED MOTION FOR ABBREVIATED PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE** |

Before the Court is the Parties' Joint Stipulated Motion for Abbreviated Preliminary Injunction Briefing and Hearing Schedule ("Stipulated Motion"). Based on the Stipulated Motion, the Court rules that the Parties' briefing is as follows:

| | |
|---|---|
| September 24, 2018 | Plaintiff's PI Brief (no more than 15 pages) |
| October 10, 2018 | Defendant's Response Brief (no more than 15 pages) |
| October 12, 2018 | Plaintiff's Reply Brief (no more than 5 pages) |

The Parties' request for an abbreviated hearing is denied. The Court will determine if it needs to hear the matter after it

1

has received all the briefs. If a hearing is necessary, the Court will set the date and time and so notify counsel.

Dated: September 24, 2018

_____
John A. Mendez,
United States District Judge