Rachel Fazio (CA Bar # 187580) Local Counsel
P.O. Box 897
Big Bear City, CA 92314
Tel: (530) 273-9290
Fax: (909) 906-1187
rachelmfazio@gmail.com

Elisabeth Holmes (OR Bar # 120254) *Admitted Pro Hac Vice*
Blue River Law, P.C.
P.O. Box 293
Eugene, OR 97440
Tel. (541) 870-7722
eli.blueriverlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization, <br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br> Defendant. | Case No.: 2:18-cv-02404-JAM-CKD <br><br> **JOINT STIPULATED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL AND ORDER** <br><br> Hon. John A. Mendez |

In this matter, the Plaintiff challenges the Cove Fire Timber Project, located in the Modoc National Forest (the "Cove Fire Project"). The Plaintiff challenges the Defendant's Decision Notice and Finding of No Significant Impact (DN/FONSI) (dated June 9, 2018 and signed July 12, 2018), its June 2018 Environmental Assessment (EA), and July 12, 2018 Emergency Situation Determination (ESD). See ECF No. 1 (Complaint).

On September 24, 2018, Plaintiff filed a Motion for Preliminary Injunction. ECF Nos. 11, 17. On October 30, 2018, this Court entered an Order denying Plaintiff's Motion for Preliminary Injunction. ECF No. 26, the "Order". On November 6, 2018, Plaintiff filed a Notice of Appeal. ECF No. 27.

The Parties have conferred, and have attempted to resolve their disputes through telephonic conferences and electronic mail correspondence, but have been unable to do so. The Project is underway, and has entered the Dutch Flat area of the Project. Plaintiff informed Defendant that it would request an injunction pending appeal.

The Parties have met and conferred regarding an abbreviated briefing schedule, and submit herewith their proposed stipulated abbreviated briefing schedule, as follows:

| November 7, 2018 | Plaintiff's Brief | 15 pages |
| Nov. 19 by 10:00 a.m. PST, 2018 | Defendant's Opposition Brief | 15 pages |

Plaintiff waives a reply and the Court has already determined the motion can be decided without oral argument (ECF 32). Plaintiff requests a decision on or before November 21, 2018–or as soon as practical for the court. Plaintiff reserves the right to seek relief from the Court of Appeals.

In agreeing to this abbreviated briefing schedule, neither Party waives any arguments it may make later in this case.

Defendant anticipates filing a status report with the Court on or before Nov. 13, 2018 regarding the status of the Project.

Respectfully submitted,

DATED: November 8, 2018     By: */s/ Elisabeth A. Holmes*
ELISABETH A. HOLMES,
*Pro hac vice*

*/s/ Rachel Fazio*
(as authorized 11/8/18)
RACHEL FAZIO
Local Counsel

*Attorneys for Plaintiff*

DATED: November 8, 2018     McGREGOR W. SCOTT
Acting United States Attorney
Eastern District of California


By: */s/ Kelli L. Taylor*
(as authorized 11/8/18)
Kelli L. Taylor
Assistant United States Attorney

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington D.C. 20044-7611
Phone: (202) 305-0242
Fax: (202) 305-0506
Hayley.carpenter@usdoj.gov

*Attorneys for Defendant*

# ORDER

Based on this Court's knowledge of this matter, and review of the parties' stipulation, good cause exists to adopt the following briefing schedule for Plaintiff's Motion for Injunction Pending Appeal:

| | | |
|---|---|---|
| November 7, 2018 | Plaintiff's Brief | 15 pages |
| Nov. 19 by 10:00 a.m. PST, 2018 | Defendant's Opposition Brief | 15 pages |

<u>IT IS SO ORDERED.</u>

DATED: November 8, 2018          /s/ John A. Mendez_____
                                 Honorable John A. Mendez
                                 U. S. District Judge, Eastern District of California