MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Kelli.L.Taylor@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
HAYLEY A. CARPENTER, Trial Attorney, CA Bar No. 312611
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-3895
hayley.carpenter@usdoj.gov

*Attorneys for the U.S. Forest Service*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | No. 2:18-cv-02404-JAM-CKD <br><br> **STIPULATION RE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND ORDER** <br><br> Hon. John A. Mendez |

/ / /

On December 7, 2018, Plaintiff filed a Motion to file a First Amended Complaint in this action, scheduled for hearing on January 8, 2019. The United States has now had an opportunity to review the First Amended Complaint and discuss the pending motion with Plaintiff's counsel.

The parties, by and through their counsel, hereby stipulate as follows:

1. Defendant does not oppose Plaintiff's Motion to Amend;
2. Although the First Amended Complaint will be the operative complaint should the Court grant Plaintiff's Motion, it is not the operative document in the pending appeal, *Conservation Congress v. US Forest Service*, No. 18-17165. The Forest Service expressly reserves, and does not waive, the arguments it has regarding the First Amended Complaint's impact on the pending appeal; and
3. The Forest Service has until January 22, 2019, to answer the First Amended Complaint.

It is so STIPULATED.

Dated: December 13, 2018      By: */s/ Elisabeth Holmes*
Elisabeth Holmes
Blue River Law, P.C.
Attorney for Plaintiff

Dated: December 13, 2018      McGREGOR W. SCOTT
United States Attorney
Eastern District of California

By: */s/ Kelli L. Taylor*
Kelli L. Taylor
Assistant United States Attorney

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Hayley A. Carpenter, CA 312611

Attorneys for U.S. Forest Service

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CONSERVATION CONGRESS, a non-profit organization,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE,

    Defendant.

No. 2:18-cv-02404-JAM-CKD

**ORDER**

Hon. John A. Mendez

Based on the parties' stipulation and good cause appearing, the Court HEREBY ORDERS:

1. Plaintiff's Motion to Amend and file the First Amended Complaint ("FAC") is granted;
2. Although the FAC will be the operative complaint going forward, it is not the operative document in the pending appeal, *Conservation Congress v. US Forest Service*, No. 18-17165. The Forest Service has reserved all arguments it has regarding the FAC's impact on the pending appeal; and
3. The Forest Service has until January 22, 2019, to answer the FAC.

IT IS SO ORDERED
DATED: 12/14/2018

        /s/ John A. Mendez_____
        Honorable John A. Mendez
        U.S. District Judge,
        Eastern District of California

STIPULATION ON PL.'S MOT. TO AMEND THE COMPLAINT
*Conservation Congress v. U.S. Forest Serv.*, No. 2:18-cv-02404-JAM-CKD

2