MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Kelli.L.Taylor@usdoj.gov

Attorneys for the U.S. Forest Service

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | No. 2:18-cv-02404-JAM-CKD<br><br>**STIPULATION TO AMEND THE SCHEDULE BASED ON THE LAPSE IN APPROPRIATIONS AND ORDER**<br><br>Hon. John A. Mendez |

At the end of the day on December 21, 2018, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored. Absent an appropriation, Department of Justice attorneys that are counsel of record herein, and the assigned Forest Service attorneys, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases, including this one, by the Department of Justice.

On November 9, 2018, the parties submitted a Joint Status Report for this action setting forth numerous proposed deadlines. (ECF 36). In that Joint Status Report, the parties agreed to advise the Court by the end of this month if revisions to the proposed schedule were necessary. Although no order was issued yet adopting those proposed deadlines, the parties know that revisions are needed because of

the lapse in appropriations. The parties have met and conferred and stipulate to the revised deadlines set forth below. Additionally, on December 17, 2018, this Court adopted the parties' proposed stipulated order giving the United States until January 22, 2019, to respond to the First Amended Complaint. (ECF 47). The parties stipulate to further extending that deadline as set forth below.

| Event | Prior Due Date | Revised Due Date |
|---|---|---|
| Plaintiff to meet and confer with Defendant re any alleged deficiencies with the lodged Administrative Record | 1/14/19 | 2/18/19 |
| Plaintiff's Motion Challenging the lodged Administrative Record | 1/21/19 | 3/4/19 |
| Defendant's response to the First Amended Complaint | 1/22/19 | 3/4/19 |
| Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Declarations, if any.[1] | 1/30/19 | 3/15/19 |
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 3/1/19 | 4/18/19 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 3/15/19 | 5/9/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 4/5/19 | 5/30/19 |

On January 9, 2019, the United States advised Plaintiff of its understanding that some felling and hauling operations are ongoing in both areas of the Cove Fire project site and that the site has not ceased operations for the winter despite the government shutdown. Plaintiff has asked for additional details, which the United States will endeavor to provide via a filed Project Status Report on or before January 25, 2019.

---

[1] The parties prior Joint Status Report stated that they are aware of this Court's order (ECF 3-2) stating that summary judgment motions are typically limited to 25 pages. Given the number of issues raised in the complaint, the parties request this Court allow 5 additional pages for the briefs in this matter.

1  The parties understand that the deadlines set forth herein may need to be revisited and further
2  extended for reasons including, without limitation: (1) the lapse in appropriations has not ended and the
3  Federal Government remains partially shutdown, (2) Plaintiff's appeal is still pending (ECF No. 27)
4  which may necessitate the parties re-visit this schedule, or (3) counsel of record has an unworkable
5  conflict with these currently proposed dates. If further changes are necessary, the parties will file a
6  further stipulation or request on or before February 15, 2019.
7  It is so STIPULATED.

Dated: January 10, 2019							BLUE RIVER LAW, P.C.

									By: */s/ Elisabeth Holmes*
									Elisabeth Holmes
									Attorney for Plaintiff


Dated: January 10, 2019							McGREGOR W. SCOTT
									United States Attorney
									Eastern District of California

									By: */s/ Kelli L. Taylor*
									Kelli L. Taylor
									Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization, | No. 2:18-cv-02404-JAM-CKD |
| Plaintiff, | **ORDER** |
| v. | Hon. John A. Mendez |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the following revised deadlines in this case:

| Event | Prior Due Date | New Due Date |
|---|---|---|
| Plaintiff to meet and confer with Defendant re any alleged deficiencies with the lodged Administrative Record | 1/14/19 | 2/18/19 |
| Plaintiff's Motion Challenging the lodged Administrative Record | 1/21/19 | 3/4/19 |
| Defendant's response to the First Amended Complaint | 1/22/19 | 3/4/19 |
| Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Declarations, if any. | 1/30/19 | 3/15/19 |
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 3/1/19 | 4/18/19 |

| | | |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 3/15/19 | 5/9/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 4/5/19 | 5/30/19 |

The parties shall file a further stipulation or request to further extend these deadlines on or before February 15, 2019.

Given the number of issues raised in Plaintiff's First Amended Complaint, the parties' cross motions for summary judgment shall not exceed thirty pages each.

IT IS SO ORDERED.

Dated: January 11, 2019          /s/ John A. Mendez_____
                                 Honorable John Mendez
                                 U.S. District Court Judge,
                                 Eastern District of California