MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Kelli.L.Taylor@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
HAYLEY A. CARPENTER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0242/Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

*Attorneys for the U.S. Forest Service*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

|  |  |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | No. 2:18-cv-02404-JAM-CKD<br><br>**STIPULATION FOR 10 DAY EXTENSION OF CURRENT DEADLINES AND ORDER**<br><br>Hon. John A. Mendez |

The United States is amenable to Plaintiff's request for an additional ten days to complete its review and comment on the Administrative Record, which is the initial action that needs to be completed for the remaining case activities. Accordingly, the parties hereby stipulate to extend all current deadlines ten days as follows:

| Event | Prior Due Date | Revised Due Date |
|---|---|---|
| Plaintiff to meet and confer with Defendant re any alleged deficiencies with the lodged Administrative Record | 2/18/19 | 2/28/19 |
| Plaintiff's Motion Challenging the lodged Administrative Record | 3/4/19 | 3/14/19 |
| Defendant's response to the First Amended Complaint | 3/4/19 | 3/14/19 |
| Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Declarations, if any. | 3/15/19 | 3/25/19 |
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 4/18/19 | 4/28/19 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 5/9/19 | 5/19/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 5/30/19 | 6/10/19 |

The parties understand that the deadlines set forth herein may need to be revisited and further extended for reasons including, without limitation: (1) further lapses in appropriations that result in the Federal Government being partially shutdown, (2) Plaintiff's appeal is still pending (ECF No. 27) which may require the Parties to re-visit this schedule, or (3) counsel of record has an unworkable conflict with these currently proposed dates. If further changes are necessary, the parties will file a further stipulation in a timely manner.

/ / /

/ / /

It is so STIPULATED.

Dated: February 12, 2019						By: */s/ Elisabeth Holmes*
								Elisabeth Holmes
								Blue River Law, P.C.
								Attorney for Plaintiff


Dated: February 12, 2019						McGREGOR W. SCOTT
								United States Attorney
								Eastern District of California

								By: */s/ Kelli L. Taylor*
								Kelli L. Taylor
								Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CONSERVATION CONGRESS, a non-profit organization,

        Plaintiff,

v.

UNITED STATES FOREST SERVICE,

        Defendant.

No. 2:18-cv-02404-JAM-CKD

**ORDER**

Hon. John A. Mendez

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the following revised deadlines in this case:

| **Event** | **Prior Due Date** | **New Due Date** |
|---|---|---|
| Plaintiff to meet and confer with Defendant re any alleged deficiencies with the lodged Administrative Record | 2/18/19 | 2/28/19 |
| Plaintiff's Motion Challenging the lodged Administrative Record | 3/4/19 | 3/14/19 |
| Defendant's response to the First Amended Complaint | 3/4/19 | 3/14/19 |
| Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Declarations, if any. | 3/15/19 | 3/25/19 |
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 4/18/19 | 4/28/19 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 5/9/19 | 5/19/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 5/30/19 | 6/10/19 |

IT IS SO ORDERED.

Dated: February 12, 2019                  /s/ John A. Mendez_____
                                                     Honorable John Mendez
                                                       U.S. District Court Judge,
                                                       Eastern District of California