# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CONSERVATION CONGRESS, a non-profit organization,

        Plaintiff,

v.

UNITED STATES FOREST SERVICE,

        Defendant.

No. 2:18-cv-02404-JAM-CKD

**ORDER**

Hon. John A. Mendez

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the following revised deadlines in this case:

| Event | Prior Due Date | New Due Date |
|---|---|---|
| Plaintiff's Motion, if any, Challenging the lodged Administrative Record | 3/14/19 | 3/18/19 |
| Defendant's response to the First Amended Complaint | 3/14/19 | 3/25/19 |
| Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Declarations, if any. | 3/25/19 | 4/4/19 |
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 4/28/19 | 5/9/19 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 5/19/19 | 5/29/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 6/10/19 | 6/20/19 |

IT IS SO ORDERED.

Dated: March 14, 2019                    /s/ John A. Mendez_____
                                         Honorable John Mendez
                                         U.S. District Judge,
                                         Eastern District of California

STIPULATION [AND PROPOSED ORDER] ON CASE DEADLINES
*Conservation Congress v. U.S. Forest Serv.*, No. 2:18-cv-02404-JAM-CKD

2