# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CONSERVATION CONGRESS, a non-profit organization,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE,

    Defendant.

No. 2:18-cv-02404-JAM-CKD

**ORDER RE STIPULATION FOR EXTENSION OF CURRENT DEADLINES**

Hon. John A. Mendez

Good Cause Appearing, the court hereby adopts the parties revised briefing schedule and sets the additional briefing dates as follows:

| **Event** | **Prior Due Date** | **Revised Due Date** |
|---|---|---|
| Defendant's Cross Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | 5/9/19 | 5/31/19 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment, and Declarations, if any. | 5/29/19 | 7/1/19 |
| Defendant's Reply to Plaintiff's Opposition to its Cross Motion for Summary Judgment and Sur Reply to Plaintiff's Motion for Summary Judgment. | 6/20/19 | 7/19/19 |

IT IS SO ORDERED.

DATED: 4/26/2019

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Judge
Eastern District of California