MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Kelli.L.Taylor@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
HAYLEY A. CARPENTER, Trial Attorney, CA Bar No. 312611
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-3895
hayley.carpenter@usdoj.gov

*Attorneys for the U.S. Forest Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | No. 2:18-cv-02404-JAM-CKD<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S DECLARATION [ECF NOs. 65, 66, 67, 68, 73, 77, 79] IN SUPPORT OF DEFENDANT'S OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 30, 2019<br>Time: 1:30 p.m.<br>Dept.: 6, 14th Floor<br>Judge: Hon. John A. Mendez |

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 30, 2019, at 1:30 p.m. in Courtroom 6 of the Robert T. Matsui Federal Courthouse, located at 501 I Street, 14th Floor, Sacramento, California, the United States Forest Service, by and through its undersigned counsel, will, and hereby does, move this Court to strike portions of Plaintiff's Declaration [ECF Nos. 65, 66, 67, 68, 73, 77, 79] on the grounds that the declarations go far beyond standing assertions and improperly include legal argument and extra-record photos and documents. Plaintiff did not invoke any exception to the normal APA rule, under which claims are reviewed based on the administrative record that was before the decision-maker at the time of the decision, to justify this departure. Plaintiff cannot attempt to provide an explanation through its reply. *Zamani v. Carnes*, 491 F.3d 490, 497 (9th Cir. 2007) (The "District Court need not consider arguments raised for the first time in a reply brief."). Additionally, the two supplemental declarations of Kyle Haines are also untimely. Plaintiff's summary judgment brief was timely filed on April 4, 2019, ECF No. 75, yet the two Haines supplemental declarations were not submitted until nearly three weeks later in late April. ECF Nos. 77, 79.

Accordingly, this Court should strike all but the standing argument portions of Plaintiff's six declarations and attachments, which are:

| Declarations | Materials Requested To Be Stricken |
|---|---|
| Lyle Lewis, ECF No. 65 | ¶¶ 9, 11-20, 23-30 |
| Denise Boggs ECF No. 66 | ¶¶ 21-105; Exhibits 1-5 |
| Douglas Bevington ECF No. 67 | ¶¶ 14, 16, 23-26; Exhibit 1 |
| Chad Hanson, ECF No. 68 | ¶¶ 9-11, 15-19; Exhibit 2 |
| Kyle Haines (Original), ECF No. 73 | ¶¶ 21-25, 27-30, 32-33, 39 |
| Kyle Haines (Supplemental, Unsigned), ECF No. 77 | ¶¶ 1-10; Exhibits 1-12 |
| Kyle Haines (Supplemental, Signed), ECF No. 79 | ¶¶ 1-10; Exhibits 1-12 |

This Court should also strike the portions of the arguments in Plaintiff's summary judgment brief that are based on these improper materials.

This motion is made and based on this notice, the Memorandum of Points and Authorities filed and served herewith, on the pleadings previously filed in this action, and on such further oral and/or documentary evidence presented at the time of the hearing of said motion. The Forest Service met and conferred with Plaintiff prior to filing this motion per the local rules. Plaintiff objects.

Dated: May 31, 2019				Respectfully submitted,


							McGREGOR W. SCOTT
							United States Attorney
							Eastern District of California

							Kelli L. Taylor
							Assistant United States Attorney

							JEAN E. WILLIAMS
							Deputy Assistant Attorney General
							United States Department of Justice
							Environment & Natural Resources Division

							By: */s/ Hayley A. Carpenter*
							Hayley A. Carpenter, CA 312611
							hayley.carpenter@usdoj.gov
							(202) 305-0242

							*Attorneys for U.S. Forest Service*