# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CONSERVATION CONGRESS,**

CASE NO: **2:18–CV–02404–JAM–CKD**

v.

**UNITED STATES FOREST SERVICE,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/18/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **October 17, 2019**

by: /s/ K. Zignago
Deputy Clerk